U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**PH**

**08 C 348**

| | |
|---|---|
| In the Matter of<br>Brian D'Amato and Paul D'Amato, as partners of Sisbro I,<br>Sisbro II and Sisbro, III<br>    Plaintiff<br>        vs.<br>Regina Lillie and Gerald Lillie, as partners of Sisbro I, Sisbro II<br>and Sisbro III,        Defendants. | Case Number:<br><br><br><br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE NOLAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, REGINA LILLIE AND GERALD LILLIE, AS PARTNERS OF SISBRO I, SISBRO II AND SISBRO III.

| |
|---|
| NAME (Type or print)<br>Christopher M. Heintskill |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>LEVENFELD PEARLSTEIN, LLC |
| STREET ADDRESS<br>2 N. LaSalle St., Ste., 1300 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272391 | TELEPHONE NUMBER<br>(312) 346-8380 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |