UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Brian D'Amato, et al.
       Plaintiff,

v.              Case No.: 1:08−cv−00348
              Honorable Blanche M. Manning

Regina Lillie, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

  MINUTE entry before Judge Nan R. Nolan :Initial status hearing on Defendants' Petition to Enforce Subpoena [1] is set for 01/31/08 at 9:00 a.m. before Magistrate Judge Nan R. Nolan in courtroom 1858. Parties shall deliver a copy of an initial status report to chambers, room 1870, at least one business day before the initial status hearing. The parties are directed to review and to comply with Judge Nolans standing order setting agreed scheduling order. Copies are available through Judge Nolans web page at www.ilnd.uscourts.gov.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.