UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Brian D'Amato, et al.
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00348
                                                Honorable Blanche M. Manning

Regina Lillie, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

    MINUTE entry before Judge Nan R. Nolan :Magistrate Judge Status hearing held on 1/31/2008. Defendants' PETITION to Enforce Subpoena [1] is withdrawn. The Court recommends that this case be dismissed by the district court. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Nan R. Nolan no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.